IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

TANYA FRAZER,

    Plaintiff,

v.                                                                        CV No. 23-0473 KG/JHR

MARTIN O'MALLEY,
*Commissioner of Social Security Administration,*

    Defendant.

ORDER ADOPTING PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

This matter comes before the Court on Magistrate Judge Jerry H. Ritter's Proposed Findings and Recommended Disposition (PFRD), filed June 13, 2024. (Doc. 29). In the PFRD, Judge Ritter recommended that the Court grant in part and deny in part Plaintiff's Motion to Reverse or Remand. (Doc. 19).

The parties were notified that written objections to the PFRD were due within fourteen (14) days of the date the PFRD was filed, which was June 27, 2024. *Id.* at 22. No objections were filed, and the deadline for doing so has passed. The recommendation of Judge Ritter is therefore adopted by this Court.

    IT IS THEREFORE ORDERED AS FOLLOWS:

1. The Magistrate Judge's Proposed Findings and Recommended Disposition (Doc. 29) are ADOPTED;

2. Plaintiff's Motion to Reverse or Remand (Doc. 19) is GRANTED as to the request for remand and DENIED as to the request that the Court order immediate award of benefits; and

3. The Court will enter Judgment in favor of Plaintiff.

                                                                       _____
                                                                       UNITED STATES DISTRICT JUDGE