IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

TANYA FRAZER,

    Plaintiff,

vs.                                                               Cv No. 23-0473 KG/JHR

MARTIN O'MALLEY,
*Commissioner of Social Security Administration,*

    Defendant.

FINAL JUDGMENT

Pursuant to Fed. R. Civ. P. 58(a), and consistent with the Order Adopting Proposed Findings and Recommended Disposition filed contemporaneously herewith, the Court issues its separate judgment finally disposing of this civil case.

IT IS ORDERED, ADJUDGED, AND DECREED that the above-captioned case is remanded back to the agency.

_____
UNITED STATES DISTRICT JUDGE