IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

TANYA ANN FRAZER,

        Plaintiff,

vs.                                    CIV. NO. 1:23-cv-00473-KG-JHR

MARTIN O'MALLEY,
Commissioner of Social
Security,

        Defendant.

## ORDER

Upon consideration of the Stipulated Motion for Award of Attorney Fees Under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, the Court finds the Motion (Dkt. No. 32) should be GRANTED.

IT IS THEREFORE ORDERED that Plaintiff is awarded attorney fees in the amount of $6,240.00 under the Equal Access to Justice Act, 28 U.S.C. § 2412, made payable to Plaintiff as the prevailing party herein and Plaintiff is also entitled to costs in the amount of $402.00, which is to be paid from the Department of Justice's Judgment Fund, 28 U.S.C. § 2412, not agency funds.

IT IS FURTHER ORDERED THAT, if Plaintiff's counsel is subsequently awarded any fees pursuant to 42 U.S.C. §406(b), he must refund the smaller award to Plaintiff pursuant to *Weakley v. Bowen*, 803 F.2d 575, 580 (10th Cir. 1986).

_____
UNITED STATES DISTRICT JUDGE

SUBMITTED AND APPROVED BY:
*Electronically submitted October 1, 2024*
VICTORIA V. JOHNSON
Special Assistant United States Attorney

*Electronically approved October 1, 2024*
BENJAMIN EILERS DECKER
Attorney for Plaintiff